AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina



| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The premises located at 235 Larkspur Road, Salisbury,<br>North Carolina 28146 | )<br>)<br>) Case No. 15mj276<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Middle___ District of ___North CArolina___
*(identify the person or describe the property to be searched and give its location)*:

The premises located at 235 Larkspur Road, Salisbury, North Carolina 28146, more particularly described in Attachment A, attached hereto and made a part hereof.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of, instrumentalities used in committing, and fruits of the crime of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2), all of which are more particularly described in Attachment B, attached hereto and made a part hereof.

**YOU ARE COMMANDED** to execute this warrant on or before ___9/16/15___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Joe L. Webster___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ____.

Date and time issued: 9/2/15 9:17 AM.          _____
                                                *Judge's signature*

City and state: Durham, North Carolina          Joe L. Webster, U.S. Magistrate Judge
                                                *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 15mj276 | Date and time warrant executed: 09/09/2015 8:40AM | Copy of warrant and inventory left with: TERRY CLOSNER |
| Inventory made in the presence of : TERESA COOKSON | | |
| Inventory of the property taken and name of any person(s) seized: SEE ATTACHED FD-597, RECEIPT FOR PROPERTY | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/14/2015

_Tara S Cataldo_
Executing officer's signature

TARA S. CATALDO, SPECIAL AGENT
Printed name and title

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305A-CE-6606901

On (date) 9/9/15  12:51 PM

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Terry Closner

(Street Address) 235 Larkspur Road, Salisbury, N.C.

(City) _____

Description of Item(s):
1. Targus thumbdrive s/n: 030626306
2. Dual movie case w/ "Spirit Push" disc
3. Ipad m: 1416 s/n: DMPJL43BPJ8T
4. Ipad Mini M: A1432 s/n: DLXLRCTUF143
5. ~~Ipod Model A1285 s/n: 1A0258G755 w/card + cover~~ (Did not seize)
6. ~~Wii U Model WUP-101(02) s/n: FW7054163-76 w/cord~~ (Did not seize)
7. ~~Verizon Motorola cellphone w/ blue cover~~ (Did not seize)
8. Seagate HD s/n: 3PJ06ATY
9. Hitachi HD s/n: SGE4W00E
10. Two TSG thumbdrives
11. Samsung cellphone imei: 990003358136188
12. HP Compaq 6910p laptop s/n: CND826183D
13. NN111v2 white USB Adapter MAC: 00223FE2E51
14. CD/DVDs
15. Toshiba HD s/n: 12L85705T219
16. Hitachi SD s/n: X264J4TC
17. Seagate HD s/n: 5LRD8T5P
18. Hitachi HD CPN: 309294-001
19. HP Elitebook 8470P laptop s/n: CND041475
20. HP Elitebook 8470P s/n: CNU342CKSR

Received By: _____ (Signature)    Received From: _____ (Signature)

FD-597 (Rev 8-11-94)

Page ___ of ___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305A-CE-6606901

On (date) 9/9/15  12:51 PM

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Terry Closner
(Street Address) 235 Larkspur Road
(City) Salisbury, NC

Description of Item(s):
21. WD HD  Dcm: D8CHWTJAH
22. Seagate Baricuda 160gb s/n: 5RX03CT3
23. Mortgage Protection Card w/ Terry Closner's address
24. Documents with names, numbers, computer info - notepads
25. SD Card from Nikon Camera
26. Box containing CDs/DVDs
27. WD external hard drive s/n: WCALW2009319
28. Seagate External hard drive s/n: SVD58MW5
29. Hitachi 400GB HD P/N: 0A30011 s/n: KRFS11RAGKXUC
30. Western Digital 1TB s/n: WMATV2344293

Nothing to follow

Received By: _(Signature)_   Received From: _(Signature)_