IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



IN THE MATTER OF A WARRANT TO :
SEARCH THE PREMISES LOCATED AT : 1:15MJ276
235 LARKSPUR ROAD, SALISBURY, :
NORTH CAROLINA 28146 :
 :

ORDER

The government having moved that the search warrant affidavit in this case be sealed and the court being apprised of the reasons therefor, IT IS HEREBY ORDERED that the search warrant affidavit be sealed until further order of the court.

The Court has inherent authority to order the sealing of a search warrant affidavit. Baltimore Sun Co. v. Goetz, 886 F.2d 60, 64 (4th Cir. 1989). On the ex parte showing before the court, the court considers that the government has made a prima facie showing that justifies sealing the search warrant affidavit.

The search warrant affidavit and the government's supplement to the motion to seal shall be placed under seal by the clerk.

_____
JOE L. WEBSTER
UNITED STATES MAGISTRATE JUDGE

Date 12/15/15